UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80562-CV-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL
OF COLORADO, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed on June 20, 2022. (DE 13). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 20th day of June, 2022.

                                                                  Donald M. Middlebrooks
                                                                  United States District Judge

cc: Counsel of Record